IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **TRICHA WADSWORTH,** *Plaintiff,* v. **UNIVERSAL PROTECTION SERVICES, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES,** *Defendant.* | Case No. 1:23-CV-00622-LMB-LRV |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Tricha Wadsworth, individually, and the Defendant, Universal Protection Services, LLC d/b/a Allied Universal Security Services, ENTER THIS Joint Stipulation of Dismissal with Prejudice, of this action with each party to bear their own costs and attorney fees.

Dated this 17th day of October 2023.

Respectfully submitted,

/s/Valerie A. Teachout
Valerie A. Teachout, Esq. (VSB 70887)
Ivey E. Best, Esq. (admitted *pro hac vice*)
THE SPIGGLE LAW FIRM, P.C.
3601 Eisenhower Ave, Suite 425
Alexandria, Virginia 22304
V. Teachout Direct Line (571) 513-6942
Telephone: (202) 449-8527
Facsimile: (202) 517-9179
E-Mail: vteachout@spigglelaw.com
         ibest@spigglelaw.com

**Counsel for Plaintiff, Tricha Wadsworth**

/s/Pietro F. Sanitate (with permission)
Pietro F. Sanitate, Esq. (VSB 89538)
Woods Rogers Vandeventer Black PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1800
Roanoke, VA 24038-4125
Pietro.sanitate@wrvblaw.com
*Local Counsel for Def Univ. Prot. Svc, LLC (Allied)*

Kelly Eisenlohr-Moul, Esq. (Admitted *pro hac vice*)
Alex Yeung, Esq. (Admitted *pro hac vice*)
Martenson, Hasbrouck & Simon, LLP
500 Davis Street, Suite 1003
Evanston, IL 60201
Keisenlohr-moul@martensonlaw.com
ayeung@martensonlaw.com

So Ordered
/s/ [signature]
Leonie M. Brinkema    10/17/23
United States District Judge

*General Counsels for Def Univ. Prot. Svc, LLC (Allied)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of October 2023, the forgoing Joint Stipulation of Dismissal with Prejudice was served via CM ECF Pacer eFiling portal electronic mail system to the following:

Pietro F. Sanitate, Esq. (VSB 89538)
Woods Rogers Vandeventer Black PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1800
Roanoke, VA 24038-4125
Pietro.sanitate@wrvblaw.com
*Local Counsel for Def Univ. Prot. Svc, LLC (Allied)*


Kelly Eisenlohr-Moul, Esq. (Admitted *pro hac vice*)
Alex Yeung, Esq. (Admitted *pro hac vice*)
Martenson, Hasbrouck & Simon, LLP
500 Davis Street, Suite 1003
Evanston, IL 60201
Keisenlohr-moul@martensonlaw.com
*General Counsels for Def Univ. Prot. Svc, LLC (Allied)*


                                                /s/Valerie A. Teachout
                                                Counsel